UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | 20-07708 |
| | ) | |
| LESTER BEDFORD, | ) | Chapter 13 |
| | ) | |
| Debtor(s). | ) | Judge SCHMETTERER |

## NOTICE OF FILING CORRECTION OF SOCIAL SECURITY NUMBER

*To the persons or entitles on the attached service list who were served via electronic mail by the Bankruptcy Court and to the persons or entitles on the attached service list who were served via regular US Mail.*

[See attached service list.]

---

**Please take notice of the filing of the attached Form 121 "Amended Statement of Social Security Number, filed on June 4, 2020."**

**Incorrect SSN for LESTER BEDFORD:**          xxx-xx-8413

**Correct SSN for LESTER BEDFORD:**            xxx-xx-8415

(The Social Security numbers above and on the copy of Form 121 attached to this filing have been redacted. The copies of Form 121 filed with the court, and the copies sent out on notice below include the complete Social Security numbers.

---

/s/ Christine H. Clar

Christine H. Clar, ARDC #6202332
Attorney for the Debtor(s)

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that copies of this Notice and attachments were served to the above persons or entities, by depositing same in the U.S. Mail at Wheeling, Illinois 60090, with proper postage prepaid, or served electronically by the Bankruptcy Court, before 5:00 p.m. on June 4, 2020.

/s/ Christine H. Clar

Christine H. Clar, ARDC #6202332
Attorney for the Debtor(s)

DAVID M. SIEGEL & ASSOCIATES, LLC
790 Chaddick Drive
Wheeling, Il 60090
847/ 520-8100

*To the following persons or entities who have been served via electronic mail:*

U.S. Bankruptcy Trustee: USTPRegion11.ES.ECF@usdoj.gov
Tom Vaughn, Chapter 13 Trustee: ecf@tvch13.net

*To the following persons or entities who have been served via U.S. Mail:*

Lester Bedford, 52089 W. Harrison, Apt. 2, Chicago, IL 60644
US Bankruptcy Court, Eastern Division, 219 S. Dearborn, 7th Floor, Chicago, IL 60604
TransUnion, P.O. Box 6790, Fullerton, CA 92834
TransUnion, P.O. Box 1000, Chester, PA 19022-1000
TransUnion Corp., Attn: Public Records Dept., 555 W. Adams St., Chicago, IL 60661
Experian, P.O. Box 9530, Allen, TX 75013
Experian, Profile Maintenance, P.O. Box 9558, Allen, TX 75013
Experian, 475 Anton Blvd., Costa Mesa, CA 92626
Experian, P.O. Box 9532, Allen, TX 75013
Equifax, P.O. Box 740241, Atlanta, GA 30374
Equifax, P.O. Box 144717, Orlando, FL 32814
Equifax, 1550 Peachtree NE, Atlanta, GA 30309-8000
City of Chicago, Dept. of Finance, 121 N. LaSalle St., Ste. 400, Chicago, IL 60602
Advocate Health Care, P.O. Box 1123, Minneapolis, MN 55440-1123
Arnold Scott Harris, 111 W. Jackson Blvd., Ste. 600, Chicago, IL 60604
City of Edwardsville, Legal Dept., 118 Hillsboro Ave., Edwardsville, IL 62025-1622
City of Elgin, 150 Dexter Ct., Elgin, IL 60120
LCI, P.O. box 1931, Burlingame, CA 94011-1931
Convergent Outsourcing, P.O. Box 9004, Renton, WA 98057-9004
DuPage Emergency Physicians, 500 Remington Blvd., Bolingbook, IL 60440-4906
ICS Collection, 8231 185th St., Tinley Park, IL 60487
Kane County State's Attorney, 1030 Summit St., #E PMB 347, Elgin, IL 60120-4371
Merchants Credit Guide, 223 W. Jackson St., Chicago, IL 60606-6914
Midwest Orthopedics at Rush, 1611 W. Harrison St., Chicago, IL 60612-4861
Village of Carpentersville, 1200 LW Besinger Dr., Carpentersville, IL 60110
Village of East Dundee, Legal Dept., P.O. box 577, Bedford Park, IL 60499-0577

6/04/20 1:49PM

**Fill in this information to identify your case:**
United States Bankruptcy Court for the:
NORTHERN DISTRICT OF ILLINOIS

Case number (if known):    20-07708

# Official Form 121
# Statement About Your Social Security Numbers                    12/15

Use this form to tell the court about any Social Security or federal Individual Taxpayer Identification numbers you have used. Do not file this form as part of the public case file. This form must be submitted separately and must not be included in the court's public electronic records. Please consult local court procedures for submission requirements.

To protect your privacy, the court will not make this form available to the public. You should not include a full Social Security Number or Individual Taxpayer Number on any other document filed with the court. The court will make only the last four digits of your numbers known to the public. However, the full numbers will be available to your creditors, the U.S. Trustee or bankruptcy administrator, and the trustee assigned to your case.

Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Part 1: Tell the Court About Yourself and Your spouse if Your Spouse is Filing With You**

| | For Debtor 1: | For Debtor 2 (Only if Spouse is Filing:) |
|---|---|---|
| 1. Your name | Lester | |
| | First name | First name |
| | Middle name | Middle name |
| | Bedford | |
| | Last name | Last name |

**Part 2: Tell the Court About all of Your Social Security or Federal Individual Taxpayer Identification Numbers**

2. All Social Security Numbers you have used    xxx-xx-8415

☐ You do not have a Social Security Number          ☐ You do not have a Social Security Number

3. All federal Individual Taxpayer Identification Numbers (ITIN) you have used

■ You do not have an ITIN.          ☐ You do not have an ITIN.

**Part 3: Sign Below**

Under penalty of perjury, I declare that the information I have provided in this form is true and correct.

X  /s/ Lester Bedford
   **Lester Bedford**
   Signature of Debtor 1

Date  **June 4, 2020**

Under penalty of perjury, I declare that the information I have provided in this form is true and correct.

X  _____
   Signature of Debtor 2

Date  _____